**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Iris I. Rivera <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 23-10832 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAND HOME FINANCIAL SERVICES, INC. and index same on the master mailing list.

                                         Respectfully submitted,
                                      **/s/ Michael P. Farrington, Esquire**
                                      Michael P. Farrington, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322