Certificate Number: 14912-PAE-DE-037324044

Bankruptcy Case Number: 23-10832



14912-PAE-DE-037324044

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2023</u>, at <u>8:15</u> o'clock <u>PM EDT</u>, <u>Iris Rivera</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 5, 2023</u>          By:   <u>/s/Jai Bhatt</u>

                                  Name: <u>Jai Bhatt</u>

                                  Title: <u>Counselor</u>