**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   IRIS RIVERA            :     CHAPTER 13
                                :
        Debtor(s)               :     BANKRUPTY NO. 23-10832

**CERTIFICATE OF SERVICE AND**
**CERTIFICATION OF NO RESPONSE**

    I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Motion to Extend the Automatic Stay, as well as a Notice of Motion, Response Deadline, and Hearing Date, via email, regular mail, and/or ECF notice, to the parties indicated below:

                                                  /s/Paul H. Young
                                                  PAUL H. YOUNG, ESQUIRE
                                                  Attorney for Debtor

Dated: April 18, 2023

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor