UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| **IRIS RIVERA** | : | |
| | : | Case No. 23-10832 |
| Debtor(s). | : | |
| | : | [Hearing Date: April 18, 2023 at 10:00 a.m.] |
| | : | |

------------------------------------X

## ORDER

AND NOW, upon consideration of the Debtor(s) motion to extend the automatic stay under Section 362(a) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion, and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: **April 18, 2023**

*/s/ Patricia M. Mayer*
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE